**Order filed January 6, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00313-CV
_____

### ROLI CRUZ, Appellant

### V.

### TEXAS WORKFORCE COMMISSION AND HT & DP INVESTMENT, LLC D/B/A BAO TRAN STATE FARM, Appellees

**On Appeal from County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1159800**

## O R D E R

Appellant's brief was due December 3, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 7, 2022**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Poissant.